# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHIA MARTINEZ : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 20-3851 |
| TRANS UNION, LLC and UNITED : | |
| AUTO CREDIT CORPORATION : | |

## ORDER

**AND NOW**, this <u>18th</u> day of July, 2024, upon consideration of Defendant Trans Union's Motion for Judgment on the Pleadings (ECF No. 20), Defendant United Auto Credit Corporation's Notice of Joiner therein (ECF No. 23), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. The Motion is **GRANTED** as to Defendant United Auto Credit Corporation.

2. Plaintiff's claims against Defendant United Auto Credit Corporation are **DISMISSED** *with prejudice*.

3. The Motion is **DISMISSED** *as moot* as to Defendant Trans Union, LLC, which was dismissed from this action with prejudice by Stipulation and Order.  (*See* ECF No. 32.)

4. The Clerk of Court is directed to mark this case **CLOSED**.

**IT IS SO ORDERED.**

BY THE COURT:

*R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**